874 A.2d 506

BRET SCHUNDLER, DIANE SANK, AND BRET2005, PLAINTIFFS–RESPONDENTS, v. KATHLEEN DONOVAN, IN HER OFFICIAL CAPACITY AS BERGEN COUNTY CLERK, STEVEN LONEGAN, AND PAUL DIGAETANO, DEFENDANTS–APPELLANTS, AND JOHN MURPHY, DOUGLAS FORRESTER, TODD CALIGUIRE, AND ROBERT SCHROEDER, DEFENDANTS, AND REPUBLICAN COUNTY CHAIRMAN'S ORGANIZATION AND REPUBLICAN COUNTY COMMITTEES FOR THE COUNTIES OF BERGEN, BURLINGTON, ESSEX, HUDSON, HUNTERDON, MERCER, MONMOUTH, OCEAN, SALEM, SOMERSET, SUSSEX, AND PASSAIC, INTERVENORS–APPELLANTS.

BRET SCHUNDLER, RICHARD BRADFORD, AND RICHARD BRADFORD A/K/A BRET2005, PLAINTIFFS, v. JAMES HOGAN, GLOUCESTER COUNTY CLERK, AND/OR JOHN DOES 1–15 (FICTITIOUS DEFENDANT(S) WHO CAUSED DAMAGE TO PLAINTIFFS), DEFENDANT–RESPONDENT.

FORRESTER FOR GOVERNOR, INC., AND DOUGLAS FORRESTER, INDIVIDUALLY, PLAINTIFF, v. KATHLEEN A. DONOVAN, CLERK OF THE COUNTY OF BERGEN, AND PAUL DIGAETANO, STEVEN LONEGAN, DEFENDANTS–RESPONDENTS, AND PETER HARVEY, ATTORNEY GENERAL OF NEW JERSEY, TODD CALIGUIRE, JOHN MURPHY, ROBERT SCHROEDER, AND BRET SCHUNDLER, DEFENDANTS.

Submitted May 5, 2005—Decided May 6, 2005.

*Ernest P. Fronzuto,* submitted a brief on behalf of appellant Paul DiGaetano, et al. (A–126)(*Piro, Zinna, Cifelli, Paris, & Genitempo, P.C.,* attorneys).

*Steven S. Polinsky,* submitted letter briefs on behalf of appellant Steven Lonegan (A–127) (*Mr. Polinsky* and *Cotant, Atkins & Fede,* attorneys; *Mr. Polinsky* and *Andrew T. Fede,* Hackensack, on the briefs).

*Mark D. Sheridan,* submitted briefs on behalf of appellants Republican County Chairman's Organizations, etc., et al. (A–128) (*Drinker, Biddle & Reath, L.L.P.*).

*John M. Carbone,* submitted letter briefs on behalf of respondents Kathleen A. Donovan, et al. (*Carbone and Faasse,* attorneys). *Thaddeus R. Maciag,* submitted a brief on behalf of respondents Bret Schundler, et al. (*Maciag Law, L.L.C.; Howes &*

*Howes,* and *Barry, McTiernan & Moore,* attorneys; *W. Timothy Howes,* and *Sean M. Connelly,* on the brief).

*Peter G. Sheridan,* submitted letter briefs on behalf of respondents Forrester for Governor, Inc., et al. (*Graham, Curtin & Sheridan,* attorneys).

*Douglas F. Doyle,* submitted letter briefs on behalf of respondent John Murphy (*Edwards & Caldwell, L.L.C.,* attorneys; *John A. Stone,* on the briefs).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed by the Appellate Division in the opinion of Judge Kestin reported at 377 *N.J.Super.* 339, 872 *A.*2d 1092 (2005).

We add only the following.

■ The Appellate Division suggested several possibilities to achieve the results it ordered, including altered type face and ballot reorganization. We note that *N.J.S.A.* 19:23–26.1 specifically contemplates such a flexible approach insofar as it provides that "in the case of a primary election for the nomination of a candidate for the office of Governor, the names of all candidates for the office of ... Governor shall be printed on the official primary ballot in the first column *or* horizontal row designated for the party of those candidates." (emphasis added). *Accord N.J.S.A.* 19:49–2.

■ The question has been raised whether the decision of the Appellate Division applies to all twenty-one counties. We hold that it does.

· *For affirmance*—Chief Justice PORITZ and Justices LONG, ZAZZALI, ALBIN, WALLACE, and RIVERA–SOTO—6.

*Opposed*—None.